IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  )
                                )    2:08-cv-02377-GEB-DAD
            Plaintiff, )
                                )    <u>ORDER OF DISMISSAL</u>
        v. )
                                )
PREMIER POOLS, INCORPORATED, d/b/a )
PREMIER POOLS & SPAS; P & H )
PROPERTIES, a California General )
Partnership, )
                                )
           Defendants. )
_____)

       On January 9, 2009, an Order was issued granting the parties until January 26, 2009 ("January 9 Order") to file a dispositional document, since Plaintiff represented in a Notice of Settlement that this action had settled. The January 9 Order further stated: "Failure to file a dispositional document by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed." Since no dispositional document nor a joint status report has been filed,

///

1

this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: March 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge